JMR/2011R00374

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 15-616 (NLH) |
| v. | : | HON. NOEL L. HILLMAN |
| MERWIN MARC SNYDER | : | <u>UNSEALING ORDER</u> |

This matter having come before the Court on the application of the United States of America (Jason M. Richardson, Assistant U.S. Attorney, appearing) for an order that the Indictment returned in the above-captioned matter be unsealed, based on the fact that the defendant has been located in China and the Chinese authorities have requested a copy of the indictment to aid in the apprehension of the defendant; and for good cause shown,

IT IS ON this 22nd day of **March 2017**,

ORDERED that the Indictment filed in the above-captioned matter is unsealed.

_____
HON. NOEL L. HILLMAN
UNITED STATES DISTRICT JUDGE